**SEALED BY ORDER OF THE COURT**

ELLIOT ENOKI
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Assistant U.S. Attorney
PJKK Federal Bldg.
300 Ala Moana Blvd. Room 6100
P.O. Box 50183
Honolulu, Hawaii  96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 2 3 2001

at 10 o'clock and ___ min. ___ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR01-00196 SOM |
| Plaintiff, | ) | |
| | ) | INDICTMENT |
| v. | ) | [18 U.S.C. §1344(1)] |
| | ) | |
| CHIA SHENG CHEN       (01) | ) | |
| aka Jason Nabari, | ) | |
| Jai Wai Lin, | ) | |
| HOI FUNG LEUNG       (02) | ) | |
| aka Sun Quan Lee, | ) | |
| | ) | |
| Defendants. | ) | |

INDICTMENT

COUNTS 1-68

The Grand Jury charges:

At all times material to this Indictment:

1. American Savings Bank, Bank of Hawaii, and First Hawaiian Bank, were financial institutions with deposits insured by the Federal Deposit Insurance Corporation.

2. On July 24, 1998, HOI FUNG LEUNG opened First Hawaiian Bank checking account # 65-473062.

3. Beginning on or about January 10, 2000 and continuing up to on or about June 30, 2000, the defendants, CHIA SHENG CHEN aka Jason Nabari, Jai Wai Lin, and HOI FUNG LEUNG aka Sun Quan Lee, devised a scheme or artifice to defraud American Savings Bank, Bank of Hawaii, and First Hawaiian Bank and, to obtain monies and funds, owned by and under the custody and control of American Savings Bank, Bank of Hawaii, and First Hawaiian Bank, by means of false and fraudulent pretenses and representations by:

(a) On January 10, 2000, CHIA SHENG CHEN opened Bank of Hawaii checking account # 81-179905 at its Waikiki Branch.

(b) On March 18, 2000, CHIA SHENG CHEN, opened Bank of Hawaii checking account # 81-563675 at its Star Market Moiliili Branch, under the assumed name JASON NABARI.

(c) On May 8, 2000, CHIA SHENG CHEN, opened Bank of Hawaii checking account # 81-379181 at its Star Market Kahala Branch, under the assumed name JAI WAI LIN.

(d) On June 2, 2000, HOI FUNG LEUNG, opened Bank of Hawaii checking account # 81-653917, under the assumed name SUN QUAN LEE.

4. It was part of the scheme and artifice to defraud and to obtain money and funds by means of false pretenses, and representations that the defendants would and did deposit checks which they knew would not be honored because they were drawn on closed accounts, lacked sufficient funds, or were stolen or forged. Defendants after depositing the checks they knew to be invalid made withdrawals from Automatic Teller Machines and wrote checks against those monies and funds, using credit which they knew they did not have available.

5. On or about January 10, 2000, to and including June 30, 2000, within the District of Hawaii, the defendants CHIA SHENG CHEN aka Jason Nabari, Jai Wai Lin, and HOI FUNG LEUNG aka Sun Quan Lee, executed and attempted to execute the scheme and artifice to defraud and to obtain money and funds by means of false pretenses, and representations as set forth above in paragraphs 1-4 of this Indictment, in that they deposited checks which they knew would not be honored because they were drawn on closed accounts, lacked sufficient funds, or were stolen or forged and after depositing the checks they knew to be invalid made withdrawals from Automatic Teller Machines and wrote checks against those monies and funds, using credit which they knew they did not have available, with each of the following constituting a separate count of this Indictment:

**CHIA SHENG CHEN aka Jason Nabari, Jai Wai Lin**

**Checks Deposited**

| Count | Date | Bank | Amount | Account Name |
|---|---|---|---|---|
| Bank of Hawaii Account # 81-179905 | | | | |
| 1 | 1/10/00 | Washington Mutual | 1,000 | Kuan Hua Chen |
| 2 | 1/18/00 | Washington Mutual | 3,000 | Kuan Hua Chen |
| 3 | 1/19/00 | Washington Mutual | 8,000 | Kuan Hua Chen |
| 4 | 1/21/00 | First Hawaiian | 1,000 | Kuan Hua Chen |
| 5 | 1/28/00 | USAA Federal | 1,200 | Frank Thomas |
| 6 | 2/3/00 | Washington Mutual | 4,000 | Kuan Hua Chen |
| Bank of Hawaii Account # 81-563675 | | | | |
| 7 | 3/31/00 | USAA Federal | 8,000 | Frank Thomas |
| 8 | 4/10/00 | USAA Federal | 800 | Frank Thomas |
| 9 | 4/11/00 | USAA Federal | 15,000 | Frank Thomas |
| Bank of Hawaii Account # 81-379181 | | | | |
| 10 | 5/24/00 | First Hawaiian | 3,000 | Hoi Fung Leung |
| 11 | 5/24/00 | First Hawaiian | 1,000 | Hoi Fung Leung |
| 12 | 5/24/00 | First Hawaiian | 500 | Hoi Fung Leung |
| 13 | 5/24/00 | First Hawaiian | 500 | Hoi Fung Leung |
| 14 | 5/24/00 | First Hawaiian | 500 | Hoi Fung Leung |
| 15 | 5/24/00 | First Hawaiian | 1,000 | Hoi Fung Leung |
| 16 | 5/24/00 | First Hawaiian | 1,000 | Hoi Fung Leung |
| 17 | 5/24/00 | First Hawaiian | 1,000 | Hoi Fung Leung |
| 18 | 5/25/00 | First Hawaiian | 300 | Hoi Fung Leung |

| Count | Date    | Bank            | Amount | Account Name    |
|-------|---------|-----------------|--------|-----------------|
| 19    | 5/25/00 | First Hawaiian  | 400    | Hoi Fung Leung  |
| 20    | 5/25/00 | First Hawaiian  | 500    | Hoi Fung Leung  |
| 21    | 5/25/00 | First Hawaiian  | 600    | Hoi Fung Leung  |
| 22    | 5/25/00 | First Hawaiian  | 400    | Hoi Fung Leung  |
| 23    | 5/25/00 | First Hawaiian  | 2,000  | Hoi Fung Leung  |
| 24    | 5/25/00 | Bank of America | 11,000 | Hoi Fung Leung  |
| 25    | 5/25/00 | Bank of America | 5,000  | Hoi Fung Leung  |

**Withdrawals/Debit Card**

| Count | Date    | Bank           | Amount | Transaction Type |
|-------|---------|----------------|--------|------------------|
| Bank of Hawaii Account # 81-179905 ||||||
| 26    | 1/25/00 | Bank of Hawaii | 200    | ATM              |
| 27    | 1/25/00 | Bank of Hawaii | 200    | ATM              |
| 28    | 1/25/00 | Bank of Hawaii | 200    | ATM              |
| 29    | 1/25/00 | Bank of Hawaii | 200    | ATM              |
| 30    | 1/25/00 | Bank of Hawaii | 200    | ATM              |
| 31    | 1/25/00 | Bank of Hawaii | 200    | ATM              |
| 32    | 1/25/00 | Bank of Hawaii | 200    | ATM              |
| 33    | 1/26/00 | Bank of Hawaii | 200    | ATM              |
| 34    | 1/26/00 | Bank of Hawaii | 200    | ATM              |
| 35    | 1/26/00 | Bank of Hawaii | 200    | ATM              |
| 36    | 1/26/00 | Bank of Hawaii | 200    | ATM              |
| 37    | 1/26/00 | Bank of Hawaii | 200    | ATM              |
| 38    | 1/26/00 | Bank of Hawaii | 200    | ATM              |

| Count | Date | Bank | Amount | Transaction Type |
|---|---|---|---|---|
| 39 | 1/26/00 | Bank of Hawaii | 180 | ATM |

Bank of Hawaii Account # 81-563675

| Count | Date | Bank | Amount | Transaction Type |
|---|---|---|---|---|
| 40 | 4/11/00 | Bank of Hawaii | 501 | ATM |
| 41 | 4/11/00 | Bank of Hawaii | 301 | ATM |
| 42 | 4/11/00 | Bank of Hawaii | 201.50 | ATM |
| 43 | 4/11/00 | Bank of Hawaii | 201.50 | ATM |
| 44 | 4/11/00 | Bank of Hawaii | 201.50 | ATM |
| 45 | 4/11/00 | Bank of Hawaii | 161.50 | ATM |
| 46 | 4/13/00 | Bank of Hawaii | 200 | ATM |
| 47 | 4/13/00 | Bank of Hawaii | 5,989.54 | Debit Card |

### HOI FUNG LEUNG aka Sun Quan Lee

### Checks Deposited

| Count | Date | Bank | Amount | Account Name |
|---|---|---|---|---|

First Hawaiian Bank Account # 65-473062

| Count | Date | Bank | Amount | Account Name |
|---|---|---|---|---|
| 48 | 4/17/00 | USAA Federal | 950 | Frank Thomas |
| 49 | 4/17/00 | USAA Federal | 1,200 | Frank Thomas |
| 50 | 4/18/00 | Bank of Hawaii | 500 | Chia Sheng Chen |
| 51 | 4/18/00 | Bank of Hawaii | 2,000 | Chia Sheng Chen |
| 52 | 4/18/00 | USAA Federal | 15,000 | Frank Thomas |
| 53 | 4/21/00 | Bank of Hawaii | 1,000 | Jason Nabari |
| 54 | 4/24/00 | Bank of Hawaii | 1,000 | Jason Nabari |

| Count | Date | Bank | Amount | Account Name |
|---|---|---|---|---|
| Bank of Hawaii Account # 81-653917 | | | | |
| 55 | 6/6/00 | American Savings | 5,000 | Jaded Dragon |
| 56 | 6/6/00 | American Savings | 5,000 | Jaded Dragon |
| 57 | 6/6/00 | American Savings | 10,000 | Jaded Dragon |

**Checks Cashed**

| Count | Date | Bank | Amount | Account Name |
|---|---|---|---|---|
| First Hawaiian Bank Account # 65-473062 | | | | |
| 58 | 4/17/00 | American Savings | 600 | Chia Sheng Chen |
| 59 | 4/18/00 | Bank of Hawaii | 2,000 | Chia Sheng Chen |
| 60 | 4/19/00 | Bank of Hawaii | 1,000 | Jason Nabari |
| 61 | 4/19/00 | Bank of Hawaii | 1,000 | Jason Nabari |
| 62 | 4/19/00 | Bank of Hawaii | 1,000 | Jason Nabari |
| 63 | 4/19/00 | Bank of Hawaii | 1,000 | Jason Nabari |
| 64 | 4/20/00 | Bank of Hawaii | 1,000 | Jason Nabari |
| 65 | 4/21/00 | Bank of Hawaii | 1,000 | Jason Nabari |
| 66 | 4/21/00 | Bank of Hawaii | 1,000 | Jason Nabari |
| 67 | 4/22/00 | Bank of Hawaii | 1,000 | Jason Nabari |
| 68 | 4/24/00 | Bank of Hawaii | 1,000 | Jason Nabari |

//
//
//
//
//
//

All in violation of Title 18, United States Code, Section 1344(1).

DATED: _May 23,_____, 2001, Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

_____
ELLIOT ENOKI
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Assistant U.S. Attorney

United States v. CHIA SHENG CHEN aka Jason Nabari, Jai Wai Lin, and HOI FUNG LEUNG aka Sun Quan Lee
Cr. No._____
"Indictment"